## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

-----------------------------------

| | |
|---|---|
| **HERBILICIOUS MUSIC, VIRGINIA BEACH MUSIC, GOLD DADDY MUSIC, DOORS MUSIC COMPANY, EMI APRIL MUSIC INC., LUDACRIS MUSIC PUBLISHING, INC., CHRYSALIS MUSIC, STUCK IN THE THROAT AND FAMOUS MUSIC LLC, SUCCESSOR-IN-INTEREST TO FAMOUS MUSIC CORPORATION,** | **Civil Action No.**<br><br>**4:07-CV547(JCH)** |

**Plaintiffs,**

**-against-**

**OUTLAWS BAR & GRILL, LLC AND MATTHEW GRISHAM,**

**Defendants.**

-----------------------------------

### CONSENT JUDGMENT

The complaint in the above-captioned action having been filed on March 20, 2007, and the defendants Outlaws Bar & Grill, LLC, and Matthew Grisham ("Defendants") having been properly served and having filed their answer to the complaint, the parties now hereby agree that the Court may find: (1) that Plaintiffs were, on the dates alleged on Schedule "A" to the complaint, the respective owners of valid copyrights in the songs listed on Schedule "A" to the complaint; (2) that Plaintiffs' songs were performed at Outlaws Bar & Grill, located in Farmington, Missouri, (the "Establishment") on August 3-4, 2006, without permission of the Plaintiffs or license from their performing rights licensing organization the American Society of Composers, Authors and Publishers ("ASCAP"); (3) that such performances of Plaintiffs' copyrighted songs were willful infringements of Plaintiffs' copyrights; and (4) that there is a

danger that such infringing conduct will continue, thereby causing irreparable injury to Plaintiffs
for which damages cannot be accurately computed, and necessitating the granting of injunctive
relief against Defendants' continued infringing conduct; and the parties having further agreed,
that the Court shall enter judgment on the foregoing findings. It is therefore,

ORDERED, ADJUDGED AND DECREED:

1.    Defendants are enjoined and restrained permanently from publicly performing or
causing the public performance of any of the Plaintiffs' copyrighted musical compositions and
all other compositions in the ASCAP repertory at the Establishment, or at any other facility
owned, operated or conducted by Defendants, and from aiding and abetting public performances
of such compositions, unless Defendants shall have previously obtained permission for such
performances either directly from the Plaintiffs, the copyright owners, or by license from
ASCAP.

2.    Defendants shall pay to Plaintiffs the sum of $20,000 ("the Judgment Amount");
provided however, that this sum may be satisfied upon Defendants' payment to ASCAP of
$12,500 ("the Settlement Amount") in accordance with the schedule set forth below:

| Amount | Installment Due |
| --- | --- |
| $3,500 | Upon the execution of this Consent Judgment |
| $3,000 | October 1, 2007 |
| $6,000 | December 1, 2007 |

All payments to ASCAP pursuant to this Paragraph 2 with the exception of the initial payment
shall be made by certified or cashier's check and delivered to: ASCAP, Legal Department, One
Lincoln Plaza, New York, NY 10023, Attention: Andrew Schaeffer, Esq., on the due dates set
forth above. Any payments sent by certified mail to the above address on or before the due dates
set forth above shall be considered delivered as of the date mailed.

2

3.    Contemporaneously with the execution of this Consent Judgment, ASCAP shall offer and Defendants shall accept and execute an ASCAP License Agreement for the Establishment for the term commencing January 1, 2007 and Defendants agree that they will comply with all of the terms and conditions of such License Agreement. The 2007 annual license fee is included in the Settlement Amount.

4.    Upon timely receipt of the aforementioned Settlement Amount or the Judgment Amount, Plaintiffs shall file a Satisfaction of Judgment with this Court.

5.    In the event that Defendant defaults in making any payments required by this Consent Judgment; or defaults in any other terms of this Consent Judgment; or defaults in any of the terms of the license agreement; or in the event that Defendant files for bankruptcy; Plaintiffs immediately may execute on this Consent Judgment for the Judgment Amount ($20,000), plus statutory interest from the date of this Consent Judgment, less any payments made by Defendant after the date of this Consent Judgment and pursuant to Paragraph 2 of the Consent Judgment.

Dated this 23rd day of August, 2007.

**DEFENDANTS:**

Outlaws Bar & Grill, LLC

By:_____
    Matthew Grisham, Managing Member

_____
Matthew Grisham, Individually

Sworn before me this 23rd day of August, 2007.

_____
Notary Public

JANNA KING
Notary Public - Notary Seal
State of Missouri - County of Washington
My Commission Expires Feb 8, 2010
Commission #06837037

3

COPELAND THOMPSON FARRIS PC

By: _____
DOUGLAS A. COPELAND #2872
231 S. Bemiston, Suite 1220
Clayton, MO 63105
(314) 726-1900 (Telephone)
(314) 726-2361 (Facsimile)
Attorneys for Plaintiffs

ROBERTS, DAY & KINSKY, L.L.C.

By: _____
CARL D. KINSKY #26917
16 West Columbia Street
Farmington, MO 63640
(573) 756-4576 (Telephone)
(573) 756-7089 (Facsimile)
Attorneys for Defendants

BY THE COURT:

_____
United States District Judge

Dated: ___8/29___, 2007.

4